IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| MITCHELL SCHMITZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.   05-1164 T/An |
| | ) | |
| GIBSON COUNTY, TENNESSEE, | ) | |
| HOE SHEPPARD and DON CURRY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DENYING MOTION FOR EXTENSION OF TIME TO FILE
## A RESPONSIVE PLEADING

Before the Court is Defendants' Motion for Extension of Time to File Responsive Pleading filed on July 8, 2005. Because Defendants have already filed their Answer, the instant Motion is **DENIED** as moot.

**IT IS SO ORDERED.**

S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: September 1, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 9|1|05

1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 1:05-CV-01164 was distributed by fax, mail, or direct printing on September 1, 2005 to the parties listed.

---

Frank M. DesLauriers
DESLAURIERS LAW FIRM
P.O. Box 1156
Covington, TN 38019--115

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

J. Barney Witherington
LAW OFFICE OF J. BARNEY WITHERINGTON IV
P.O. Box 922
Covington, TN 38019

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT