IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| MITCHELL SCHMITZ<br>    Plaintiff | )<br>)<br>) |
| v. | )    No: 1-05-1164 T/An |
| | ) |
| GIBSON COUNTY, TENNESSEE, JOE<br>SHEPPARD AND DON CURRY<br>    Defendants | )<br>)<br>) |

### RULE 16(b) SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates were established as the final dates for:

**INITIAL DISCLOSURES (RULE 26(a)(1)):**   October 18, 2005

**JOINING PARTIES:**

    for Plaintiff:    December 5, 2005
    for Defendant:    January 5, 2006

**AMENDING PLEADINGS:**

    for Plaintiff:    December 5, 2005
    for Defendant:    January 5, 2006

**COMPLETING ALL DISCOVERY:**   June 30, 2006

    (a)    **REQUESTS FOR PRODUCTION, INTERROGATORIES and REQUESTS FOR ADMISSIONS:**   May 5, 2006

    (b)    **EXPERT DISCLOSURE (Rule 26(a)(2)):**
        (i) Plaintiff's Experts:    March 5, 2006
        (ii) Defendant's Experts:    April 30, 2006
        (iii) Supplementation under Rule 26(e): May 15, 2005

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 9/23/05



  (c)  **DEPOSITIONS OF EXPERTS**:  June 30, 2006

**FILING DISPOSITIVE MOTIONS**:  July 2, 2006

**FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3))**:

  (a)  for Plaintiff:  August 18, 2006
  (b)  for Defendant:  September 1, 2006

Parties shall have ten (10) days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last two (2) days and is **SET** for **JURY TRIAL** on **Monday, October 2, 2006.** A joint pre-trial order is due on **Friday, September 22, 2006.** In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial.

  **OTHER RELEVANT MATTERS:**

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.
At this time, the parties have not given consideration to whether they wish to consent to trial before the magistrate judge. The parties will file a written consent form with the court should they decide to proceed before the magistrate judge.

  ***The parties are encouraged to engage in court-annexed attorney mediation or private mediation <u>on or before the close of discovery.</u>***

      This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

*[signature]*

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: September 23, 2005

APPROVED FOR ENTRY:

Attorneys for Defendants:
Pentecost, Glenn & Rudd, PLLC

*[signature]*

Jon A. York (BPR #023106)
Attorney for Plaintiff
106 Stonebridge
Phone: 731 668-5995
Fax: 731-668-7163

Attorneys for Plaintiff:

Frank Deslauriers by Jon York w/perm.
Frank Deslauriers
Attorney at Law
PO Box 1156
Covington, TN 38019

Barny Witherington by Jon York/w perm.
Barney Witherington
Attorney at Law
PO Box 922
Covington, TN 38019

## CERTIFICATE OF SERVICE

This is to certify that I served a copy of the above reference Proposed Rule 16 Scheduling Order personally or by mail upon each attorney or firm of attorneys appearing of record for each adverse party on or before the filing date thereof.

DATE: This the 22 day of September 2005.

PENTECOST, GLENN & RUDD, PLLC

By: _____
Jon A. York

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 1:05-CV-01164 was distributed by fax, mail, or direct printing on September 23, 2005 to the parties listed.

---

Frank M. DesLauriers
DESLAURIERS LAW FIRM
P.O. Box 1156
Covington, TN 38019--115

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

J. Barney Witherington
LAW OFFICE OF J. BARNEY WITHERINGTON IV
P.O. Box 922
Covington, TN 38019

Honorable James Todd
US DISTRICT COURT